

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2015

No. 04-14-00646-CR

Sonny James **HERNANDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 13-07-00115-CRF
Honorable Stella Saxon, Judge Presiding

# O R D E R

By order dated December 12, 2014, appellant was ordered to provide written proof by December 22, 2014, that the fee for preparing the reporter's record was paid. The order stated that if appellant failed to provide written proof by the stated deadline, appellant's brief would be due on January 12, 2015, and this court would consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). Appellant did not file the required proof in response to this court's order, and the brief also has not been filed.

Appellant's attorney is ORDERED to respond to this court in writing within ten days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court